UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DARRELL PETERS** | * | **CIVIL ACTION NO. 18-00898** |
| | * | |
| **VERSUS** | * | **JUDGE JOHN W. DEGRAVELLES** |
| | * | |
| **LIFE INSURANCE COMPANY OF** | * | **MAGISTRATE JUDGE ERIN** |
| **NORTH AMERICA** | * | **WILDER-DOOMES** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION AND ORDER OF DISMISSAL

MAY IT PLEASE THE COURT:

Plaintiff, Darrell Peters, for himself, his heirs, legal representatives, assigns, successors, representatives, employees, agents and attorneys, and defendant, Life Insurance Company of North America, through their undersigned counsel, hereby stipulate and agree that pursuant to a compromise reached between all parties, all claims plaintiff has asserted in this matter against Life Insurance Company of North America, be and they are hereby dismissed, with prejudice.

WHEREFORE, the parties herein jointly move this Honorable Court to enter an Order dismissing plaintiff's claims with prejudice, in accordance with the parties' stipulation.

*Signatures on Next Page*

Respectfully submitted,

s/ J. Price McNamara_____
J. PRICE McNAMARA (#20291)
10455 Jefferson Highway, Suite 2B
Baton Rouge, LA  70809
Telephone:  (225) 201-8311
Facsimile:  (225) 201-8313
E-mail:  price@jpricemcnamara.com
*Attorney for Plaintiff, Darrell Peters*

s/ Lauren A. Welch_____
LAUREN A. WELCH (#17199)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, McDANIEL & WELCH, L.L.C.
909 Poydras Street, Suite 1000
New Orleans, LA  70112
Telephone:  (504) 831-0946
Facsimile:  (800) 977-8810
E-mail:  lwelch@mcsalaw.com
*Attorney for Defendant, Life Insurance Company of North America*