## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DARRELL PETERS** | * | **CIVIL ACTION NO. 18-00898** |
| | * | |
| **VERSUS** | * | **JUDGE JOHN W. DEGRAVELLES** |
| | * | |
| **LIFE INSURANCE COMPANY OF** | * | **MAGISTRATE JUDGE ERIN** |
| **NORTH AMERICA** | * | **WILDER-DOOMES** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the above and foregoing Joint Motion:

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and they are hereby dismissed, with prejudice.

Baton Rouge, Louisiana this 24th day of June, 2019.

_____
**UNITED STATES DISTRICT COURT JUDGE**